MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile
painter@ikplaw.com

Attorneys for Plaintiff and Counterdefendant
LINE PUBLICATIONS LLC

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINE PUBLICATIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US MAGAZINE LLC, a Delaware limited liability company; WENNER MEDIA, LLC, a Delaware limited liability company, DOES I - X, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.<br>CV05-2841-MMM(JTLx)<br><br>STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i) F.R.Civ.P., AND ORDER THEREON |

Plaintiff, LINE PUBLICATIONS, LLC, and defendants, US MAGAZINE, LLC, US WEEKLY, LLC and WENNER MEDIA, LLC, hereby stipulate to dismiss the Complaint and Counterclaim in this action,

-1-

1 | with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2 | Procedure.

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

Dated: 3/31/06

By: _____
Michael A. Painter
Attorneys for Plaintiff and
Counterdefendant

DAVIS WRIGHT TREMAINE

Dated: 3/30/06

By: _____
Frederick F. Mumm
Attorneys for Defendants and
Counterclaimants

## ORDER

IT IS SO ORDERED.

Dated: 4-4-06

_____
Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

-2-